**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: May 18, 2019**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-13559-JPH |
| ANSARI, NAFEESAH AYESHA | : | Chapter 7 |
| Debtor(s) | : | Judge HOPKINS |
| SSN:   XXX-XX-4628 | : | |

### ORDER FOR PAYMENT OF FEES AND EXPENSES

The Court having considered the applications for final compensation and expenses, and the Clerk having enumerated the miscellaneous fees owed pursuant to 28 U.S.C. Sec. 1930(b):

**IT IS HEREBY ORDERED** that the following fees and expenses shall be paid by the Trustee from the Estate:

| NAME | | AMOUNT |
|---|---|---|
| Trustee Compensation | Norman L. Slutsky | 1,310.00 |
| Trustee Expenses | Norman L. Slutsky | 210.00 |

Clerk to Serve

The Default list

# # #